UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RY C. TY, | * | |
| | * | |
| PLAINTIFF, | * | CIVIL ACTION NO. 18-09497 |
| | * | |
| VERSUS | * | |
| | * | |
| BP EXPLORATION & PRODUCTION | * | JUDGE BARBIER |
| INC. AND BP AMERICA | * | |
| PRODUCTION COMPANY, | * | MAGISTRATE |
| | * | JUDGE WILKINSON |
| DEFENDANTS. | * | |
| | * | |
| Related to:   12-968 BELO | * | |
| in MDL No. 2179 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL
PRODUCTION OF INITIAL DISCLOSURE MATERIALS AND
CONTINUE THE DEADLINE FOR VENUE FILING**

Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, "the BP Parties") respectfully move to compel Plaintiff to provide overdue disclosure materials required by Section II(1) of the BELO Cases Initial Proceedings Case Management Order ("CMO"). The BP Parties further move to modify the CMO in the present lawsuit such that the deadline to file a venue stipulation pursuant to Section III(1) of the CMO, or a motion for transfer of venue pursuant to Section III(2) of the CMO, be continued from its current deadline until 30 days after the date the BP Parties receive from Plaintiff all of the disclosure information required by Section II(1) of the CMO.[1] The BP Parties are filing this

---

[1] Section IV(1)(D) of the CMO permits the parties to file a motion "to amend or modify this case management order, either as it applies to (i) BELO cases as a whole and/or (ii) the particular BELO case in which it is filed" during the initial proceedings governed by the CMO. *See* CMO, Rec. Doc. 14099, *In re Oil Spill by the Oil Rig Deepwater Horizon*, 2:10-md-02179 (E.D. La.).

motion in three BELO lawsuits that have been filed by the Falcon Law Firm and Lindsay & Lindsay, P.A. (collectively "Falcon").  In all of these lawsuits, Falcon's clients have failed to provide disclosure information as required by the Court's CMO.

## DISCUSSION

**I.    THE COURT'S CASE MANAGEMENT ORDER ESTABLISHES DEADLINES FOR PLAINTIFFS TO MAKE INITIAL DISCLOSURES OF SPECIFIED INFORMATION.**

On January 30, 2015, the Court entered the CMO that governs the first 120 days of a BELO lawsuit.[2]  That CMO also is entered on the docket of each individual BELO lawsuit.

Section II of the CMO provides that 90 days after the Complaint is filed, all parties must serve the disclosures required under Federal Rule of Civil Procedure 26(a)(1)(A), together with certain additional information and documents.[3]  For BELO Plaintiffs, the required additional information includes the following:

- A completed Plaintiff Profile Form ("PPF") (in the form attached to the CMO as Exhibit B), *signed by Plaintiff under penalty of perjury*.  The Plaintiff Profile Form requires Plaintiff to provide extensive information concerning, *inter alia*, the alleged medical condition and medical history, employment history, identity of witnesses, and circumstances of the alleged exposure;

- All medical records and other documents described in paragraphs 53 and 55 of the PPF;

- Signed Authorizations for Release of (i) Medical Records Information, (ii) Employment Records Information, (iii) Social Security Records Information, (iv) Social Security Earnings Information and (v) Records Provided to Deepwater Horizon Medical Benefits Claims Administrator.[4]

---

[2]    CMO, Rec. Doc. 14099, *In re Oil Spill by the Oil Rig Deepwater Horizon*, Civ. Action No. 2:10-md-02179 (E.D. La.).

[3]    CMO § II.

[4]    CMO § II(1).

These materials are needed by the BP Parties to assess facts relevant to venue and then, 120 days after the Complaint was filed, to file with the Court an appropriate motion or stipulation concerning the proper venue for the BELO lawsuit.[5]

## II.   FALCON HAS FAILED TO COMPLY WITH THE CASE MANAGEMENT ORDER'S REQUIREMENTS FOR INITIAL DISCLOSURES.

Plaintiff's counsel Falcon has failed to provide complete disclosures from multiple BELO Plaintiffs whom it represents, including the Plaintiff in this case.

As of the filing of this motion, the BP Parties have not received *any* disclosure materials for the below Plaintiffs whose initial disclosures are overdue, and Plaintiffs have not filed a motion to extend or continue the deadline to provide disclosure materials established by the CMO.

| Case Name | Docket Number | Initial Disclosure Due Date |
| --- | --- | --- |
| Christopher G. Duncan v. BP Exploration & Production, Inc. et al. | 2:18-cv-09472 | 1/10/2019 |
| Michael E. Smith v. BP Exploration & Production, Inc. et al. | 2:18-cv-09491 | 1/10/2019 |
| Ry C. Ty v. BP Exploration & Production, Inc. et al. | 2:18-cv-09497 | 1/10/2019 |

On January 14, 2019, Falcon informed counsel for the BP Parties via email that it had been unsuccessful in contacting Plaintiffs Duncan, Smith, and Ty, and requested a 30-day extension to provide their Plaintiff Profile Forms. On January 15, counsel for the BP Parties responded via email that the CMO does not authorize the parties to extend its deadlines absent a court order and told counsel that it would need to file a motion for extension with the Court.

---

[5]   CMO ¶ III; *see Piacun v. BP Exploration & Prod. Inc.*, Civ. Action No. 2:15-cv-02963, Order on Motion, Rec. Doc. 6 (E.D. La. Dec. 9, 2015) ("The disclosures include much information that is relevant to the issue of appropriate venue for further proceedings.").

3

Falcon has not done so. On January 25, the BP Parties emailed Falcon regarding the deficiencies discussed above. The BP Parties further notified Falcon that if the outstanding materials were not provided, the BP Parties could elect to move to compel production and to extend the deadline to file venue submissions established by the CMO for these Plaintiffs, and seek any other appropriate relief. Falcon never responded to this email and has not provided the missing disclosure materials.

### III. THE BP PARTIES REQUEST THE COURT TO COMPEL PRODUCTION OF MISSING INITIAL DISCLOSURE MATERIALS AND EXTEND RELEVANT DEADLINES.

Plaintiff failed to provide complete disclosure materials by the deadline established by the CMO, despite efforts by defense counsel to remind Plaintiff's counsel of its obligations under the Court's CMO and to obtain the missing disclosure information. As a consequence of Plaintiff's noncompliance, the BP Parties lack material information relevant to the selection of a venue for this BELO lawsuit. The BP Parties thus request that the Court order Plaintiff to provide the required disclosure information and that the date to make a venue designation be extended until 30 days after Plaintiff has provided this complete disclosure information that complies with the CMO. This Court has granted relief of this nature in prior BELO lawsuits in which Plaintiffs failed to provide initial disclosure material by the CMO-imposed deadline.[6]

### CONCLUSION

For the foregoing reasons, the BP Parties respectfully request that this Court enter an order compelling Plaintiff to produce the required disclosure information within 10 days. The BP Parties further request that the Court modify the CMO in this case to continue the deadline

---

[6] *See* Exhibit 1.

for venue submissions until 30 days after the BP Parties have received from Plaintiff the disclosure information required by Section II(1) of the CMO.

Dated:  February 4, 2019                                   Respectfully submitted,

    */s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

    */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

    */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY ANDERSON & TARDY LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone:  (302) 425-5177
Telefax:  (302) 425-0180

    */s/ Georgia L. Lucier*
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax:  (713) 220-4285

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 4, 2019, the above and foregoing pleading was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

                                          /s/ Don K. Haycraft
                                          Don K. Haycraft