UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RY C. TY,<br>    Plaintiff,<br><br>v.<br><br>BP EXPLORATION & PRODUCTION, INC.<br>& BP AMERICA PRODUCTION COMPANY,<br>    Defendants.<br><br>Related to: 12-968 BELO<br>      in MDL No. 2179 | CIVIL ACTION<br><br>CASE NO.: 2:18-cv-09497<br><br>JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
DEFENDANTS' MOTION TO COMPEL PRODUCTON OF INITIAL DISCLOSURE
MATERIALS AND TO CONTINUE THE DEADLINE FOR VENUE FILING**

  Plaintiff, Ry C. Ty, through undersigned counsel, respectfully opposes Defendants' Motion to Compel (Rec. Doc. 4) and requests that the Court deny said motion for the following reasons:

  The control of discovery "is committed to the sound discretion of the trial court and its discovery rulings will be reversed only where they are arbitrary or clearly unreasonable." *Smith v. Potter*, 400 F. App'x 806, 813 (5th Cir. 2010) (citations omitted). Counsel represents many BELO claimants. Changes in address and contact information can complicate and often frustrate communication. Counsel has been unsuccessful in contacting Ry C. Ty to obtain the requested information, but continues to make ongoing attempts. Undersigned counsel requests an additional thirty (30) days to provide Defendants with the requested information and are agreeable to extending any other deadlines affected by this extension.

Federal law affords a magistrate judge broad discretion in the resolution of nondispositive discovery disputes. *See* Fed.R.Civ.P. 72(a); 28 U.S.C. § 636(b)(1)(A). For the foregoing reasons, Plaintiff respectfully requests that this Court deny Defendants' motion to compel and instead extend deadlines as needed to further accommodate discovery.

        Respectfully submitted,

        _/s/ *Jarrett S. Falcon*_____
        TIMOTHY J. FALCON
        Louisiana State Bar No. 16909
        Email: tim@falconlaw.com
        JEREMIAH A. SPRAGUE
        Louisiana State Bar No. 24885
        Email: jerry@falconlaw.com
        JARRETT S. FALCON
        Louisiana State Bar No. 34539
        Email: jarrett@falconlaw.com
        FALCON LAW FIRM
        5044 Lapalco Boulevard
        Marrero, Louisiana  70072
        Telephone:  (504) 341-1234
        Facsimile:  (504) 341-8115


        /s/ Allen W. J. Lindsay, Jr._____
        ALLEN W. J. LINDSAY, JR.
        Florida State Bar Number 104956
        Lindsay & Lindsay, P.A.
        5218 Willing St.
        Milton, Florida 32570
        (850) 623-3200 (Phone)
        (850) 623-0104 (Fax)


Counsel for plaintiff, RY C. TY

**CERTIFICATE OF SERVICE**

I DO HEREBY CERTIFY that on the 12th day of February, 2019, I electronically filed a copy of the above and foregoing Plaintiffs' Memorandum in Opposition to Defendants' Motion to Compel Production of Initial Disclosure Materials and to Continue the Deadline for Venue Filing with the Clerk of Court through use of the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive email notices for this case. I further certify that I served the foregoing document and notice of electronic filing by United States Mail or e-mail to any non-CM/ECF participants.

                                                                           _____*/s/ Jarrett S. Falcon*_____